| **Information to identify the case:** | |
|---|---|
| Debtor 1 **John Longobardi** | Social Security number or ITIN **xxx–xx–4471** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | |
| Case number:  **11–43283–ABA** | |

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Longobardi

2/9/17                    **By the court:**    Andrew B. Altenburg Jr.
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 11-43283-ABA
John Longobardi                                                Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 09, 2017
                              Form ID: 3180W           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db            +John Longobardi,    2468 Arbor Court,    Mays Landing, NJ 08330-2410
514237091    ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
               Lewisville, TX 75067)
512542470     +Raymour & Flanigan Furniture,    800 Walnut Street,    Des Moines, IA 50309-3605
512542472     +Target National Bank,    C/O Lyons Doughty Veldhuis,    136 Gaither Dr, Ste 100, Po Box 1269,
               Mount Laurel, NJ 08054-7269
512542473      Td Bank N.A.,    Po Box 85037,    Columbus, GA 31908
515221752     +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
515221753     +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019,   Veripro Solutions,Inc.,
               PO BOX 3244,    Coppell, TX 75019-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2017 21:59:19     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2017 21:59:14      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512542460      E-mail/Text: bkdepartment@rtresolutions.com Feb 09 2017 21:59:26     Bank Of America,
               C/O Real Time Resolutions,    1750 Regal Row, Ste 120,    Dallas, TX 75235-2287
512542461      EDI: BANKAMER.COM Feb 09 2017 21:28:00      Bank Of America Home Loans,   Customer Service,
               Po Box 5170,    Simi Valley, CA 93062-5170
512542462      EDI: CHASE.COM Feb 09 2017 21:33:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512542463      EDI: RCSDELL.COM Feb 09 2017 21:33:00      Dell Financial Services,
               C/O DFS Customer Care Dept.,    Po Box 81577,   Austin, TX 78708-1577
512902117      EDI: RESURGENT.COM Feb 09 2017 21:33:00      Dell Financial Services L.L.C.,
               c/o Resurgent Capital Services,     PO Box 10390,   Greenville, SC 29603-0390
512542464     +EDI: PRA.COM Feb 09 2017 21:33:00      GE Money Bank,   C/O Portfolio Recovery Services,
               120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4952
512542466     +EDI: RMSC.COM Feb 09 2017 21:28:00      GEMB/Sams Club,   Po Box 965005,
               Orlando, FL 32896-5005
512542465     +EDI: RMSC.COM Feb 09 2017 21:28:00      Ge Money Bank/Lowes,    PO Box 965005,
               Orlando, FL 32896-5005
512542467     +EDI: HFC.COM Feb 09 2017 21:28:00      HSBC Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
512542468     +EDI: HFC.COM Feb 09 2017 21:28:00      HSBC/Boscovs,    Po Box 5253,
               Carol Stream, IL 60197-5253
513009517      EDI: JEFFERSONCAP.COM Feb 09 2017 21:33:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
               ST CLOUD MN 56302
512602183      E-mail/Text: camanagement@mtb.com Feb 09 2017 21:59:02     M & T BANK,    1100 Wehrie Drive,
               Williamsville, NY 14221
512542469      E-mail/Text: camanagement@mtb.com Feb 09 2017 21:59:02     M&T Bank,    1 Fountain Plaza, Fl 4,
               Buffalo, NY 14203
513858725     +EDI: AIS.COM Feb 09 2017 21:33:00      Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457,   Midland Funding LLC 77210-4457
513858724      EDI: AIS.COM Feb 09 2017 21:33:00      Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
512561746      EDI: PRA.COM Feb 09 2017 21:33:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
               POB 41067,    Norfolk VA 23541
512567883      E-mail/Text: bkdepartment@rtresolutions.com Feb 09 2017 21:59:26
               Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
               Dallas, TX 75247
512542471     +EDI: CITICORP.COM Feb 09 2017 21:28:00      Shell Credit Card,    Po Box 6497,
               Sioux Falls, SD 57117-6497
512706061     +E-mail/Text: bncmail@w-legal.com Feb 09 2017 21:59:24     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512878416     +EDI: VERIZONWIRE.COM Feb 09 2017 21:33:00      Verizon Wireless,   PO BOX 3397,
               Bloomington, IL 61702-3397
512542474     +EDI: VERIZONWIRE.COM Feb 09 2017 21:33:00      Verizon Wireless,   Correspondence Address,
               20 Alexander Drive, PO Box 5029,    Wallingford, CT 06492-7529
512542475     +EDI: ACCE.COM Feb 09 2017 21:33:00      Wells Fargo Bank,   C/O Asset Acceptance,   Po Box 1630,
               Warren, MI 48090-1630
512542476     +EDI: WFFC.COM Feb 09 2017 21:33:00      Wells Fargo Bank,   Po Box 14517,
               Des Moines, IA 50306-3517
512542477      EDI: WFFC.COM Feb 09 2017 21:33:00      Wells Fargo Dealer Services,   PO Box 25341,
               Sanata Ana, CA 92799-5341
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
512695967      BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2017
                              Form ID: 3180W           Total Noticed: 33

514237092*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067,    Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Bank of America, National Association
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Thomas E. Dowey    on behalf of Debtor John  Longobardi tdesquire@hotmail.com
                                                                                             TOTAL: 6